IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
POWDER RIVER PETROLEUM
INTERNATIONAL, INC.,
           Debtor.

Case No. BK-08-15613-JDL
Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Trustee Douglas N. Gould, pursuant to Fed. R. Bankr. P. 3010, reports to the Court Clerk the following are unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| MCcArthy, Teetrault | $3,347.26 |
| WES Energy, Inc. | $933.30 |
| TOTAL: | $4,280.56 |

A check made payable to the United States Bankruptcy Clerk will be delivered to the Court for deposit into unclaimed funds.

DATED:   March 31, 2015

s/Douglas N. Gould
Douglas N. Gould, OBA #3500
Douglas N. Gould, P.L.C.
6303 Waterford Blvd., Ste. 260
Oklahoma City, OK  73118
405.286.3338
dg@dgouldlaw.com
TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that on March 31, 2015 a true and correct copy of the above and foregoing instrument was mailed, postage prepaid, postage to the following:

- MCcArthy, Teetrault, attn. Larry Robinson
  Suite 3300 421-7th Ave. S.W.
  Calgary AB T2P 4K9 Canada T2P 3V4
- WES Energy Inc.
  550 Westcott St., Suite 449,
  Houston TX 77007
- Sanders Willyard LLP c/o Michael C. Sanders
  2 Greenway Plaza, Ste 225,
  Houston TX 77046

s/Douglas N. Gould
Douglas N. Gould